1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-02-00416-PCT-DGC |
| Plaintiff, | |
| vs. | **ORDER OF DETENTION** |
| Burnette Dale Cassa, | |
| Defendant. | |

Defendant Burnette Dale Cassa appeared before this Court on October 7, 2014, on a Petition for Revocation of Supervised Release. A detention hearing was held. The Court considered the information provided to the Court, and the arguments of counsel in determining whether the defendant should be released on conditions set by the Court.

The Court finds that the defendant has failed to carry his burden of establishing that he does not pose a serious flight risk or danger to any other person or to the community pursuant to Rule 32.1(a)(6), Federal Rules of Criminal Procedure.

The Court concludes, by a preponderance of the evidence, that the defendant is a serious flight risk and that there is no condition or combination of conditions that will reasonably assure his appearance at future proceedings.

The Court also concludes, by a preponderance of the evidence, that the defendant is a danger and that there is no condition or combination of conditions that will reasonably assure the safety of the community.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

DATED this 8th day of October, 2014.

_____
JOHN A. BUTTRICK
United States Magistrate Judge